IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN RAY & MICHELLE LEEDS, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  3:14-CV-3578-N-BK |
| | § | |
| TEXAS DEPARTMENT OF FAMILY | § | |
| AND PROTECTIVE SERVICES, et al., | § | |
|     Defendants. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings, conclusions, and recommendation to which objection was made.  The objections are overruled and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 10th day of August, 2015.

_____
THE HONORABLE DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE